RECEIVED

MAR 1 0 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

PETER MAKUSI OTEMBA OWUOR     CIVIL ACTION NO. 2:11-cv-926

VS.     JUDGE DONALD E. WALTER

CATHY COURVILLE, ET AL     MAGISTRATE JUDGE KAY

## JUDGMENT

On August 7, 2013, Magistrate Judge Kay entered her report recommending that this Court grant in part and deny in part Defendant Cathy Courville's Motion to Dismiss Plaintiff's complaint or, in the alternative, Motion for Summary Judgment. [Doc. 55]. On September 3, 2013, Magistrate Judge Kay entered a separate report recommending that this Court grant in part and deny in part Defendants K. Byrd, Lt. D. Chapman, Lt. Straub, and Lt. I. Williams' Motion to Dismiss claims one through four of Plaintiff's amended complaint on the ground that the allegations fail to state a claim upon which relief can be granted and Motion for Summary Judgment on claim five of the amended complaint. [Doc. 56].

The Plaintiff has not filed objections to the reports and recommendations before the court. Having reviewed the record, the motions, Magistrate Judge Kay's reports and recommendations, the applicable law, and noting the lack of objections in the record, the Court agrees with the Magistrate Judge's findings and recommended disposition. Accordingly, **IT IS ORDERED** that both of the Magistrate Judge's Reports and Recommendations [Doc. 55 and 56] are **ADOPTED**. Specifically, **IT IS ORDERED** that the Defendants' motions are hereby **GRANTED** as to the access to the court, involuntary servitude, and deliberate indifference claims. **IT IS FURTHER ORDERED** that the Defendants' motions are hereby **DENIED** as to the retaliation claims.

March 10, 2014

Donald E. Walter