RECEIVED
APR 2 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| PETER MAKUSI OTEMBA OWUOR | CIVIL ACTION NO. 2:11-cv-926 |
| VS. | JUDGE WALTER |
| CATHY COURVELLE, ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendant's Motion for Summary Judgment, [Doc. # 66], be and is hereby **GRANTED** and that plaintiff's suit be and is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27 day of April 2015.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE